Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HECTOR MANUEL MARTINEZ, <br><br> Defendant. | Case No. 2:14-cv-01031-WBS-EFB <br><br> ORDER |

**ORDER (Proposed)**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:14-cv-01031-WBS-EFB styled *J & J Sports Productions, Inc. v. Martinez,* is hereby granted permission to appear telephonically at the Motion to Strike Defendant's Affirmative Defenses and Request for Attorneys' Fees hearing scheduled for Monday, September 22, 2014 at 2:00 P.M.

Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.   The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**:

Dated:  September 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 18, 2014, I caused to serve the following documents entitled:

**ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Deborah M. Barron, Esq. | Attorneys for Defendant |
| BARRON LAW CORPORATION | Hector Manuel Martinez |
| 1900 Point West Way, Suite 202 | |
| Sacramento, CA 95815 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 18, 2014, at South Pasadena, California.

Dated: September 18, 2014              */s/ Vanessa Morales*
                                        VANESSA MORALES