Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:14-cv-01031-WBS-EFB |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA |
| vs. | |
| HECTOR MANUEL MARTINEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA**,** that the above-entitled action is hereby dismissed **with prejudice** against HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA, subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

|   |   |
|---|---|
| Dated: November 10, 2014 | *s/Thomas P. Riley*<br>**LAW OFFICES OF THOMAS P. RILEY, P.C.**<br>By:  Thomas P. Riley<br>Attorneys for Plaintiff<br>J & J SPORTS PRODUCTIONS, INC. |
| Dated: November 10, 2014 | *s/Deborah M. Barron*<br>**BARRON LAW CORPORATION**<br>By: Deborah M. Barron, Esquire<br>Attorneys for Defendant<br>HECTOR MANUEL MARTINEZ**,** individually and d/b/a LA FAVORITA TAQUERIA |

**IT IS SO ORDERED**:

Dated:  November 10, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

### PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 10, 2014, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Deborah M. Barron, Esquire                    (Attorneys for Defendant)
**BARRON LAW CORPORATION**
1900 Point West Way, Suite 202
Sacramento, CA 95815

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 10, 2014, at South Pasadena, California.

Dated: November 10, 2014                    *s/Vanessa Ventura*
                                            **VANESSA VENTURA**