Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Hector Manuel Martinez,<br><br>Defendant. | CASE NO. 2:14-cv-01031-WBS-EFB<br><br>STIPULATED JUDGMENT |

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc. and against HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA.

///
///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

STIPULATED JUDGEMENT
Case No. 2:14-cv-01031-WBS-EFB
 PAGE  PAGE 1

Dated: November 10, 2014        *s/Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley, Esquire
                                Attorneys for Plaintiff
                                J & J SPORTS PRODUCTIONS, INC.


Dated: November 10, 2014        *s/Deborah M. Barron*
                                **BARRON LAW CORPORATION**
                                By: Deborah M. Barron, Esquire
                                Attorneys for Defendant
                                HECTOR MANUEL MARTINEZ, individually and d/b/a LA FAVORITA TAQUERIA


**IT IS SO ORDERED**:

**Dated:  November 10, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

### PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 10, 2014, I served:

**STIPULATED JUDGMENT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

**STIPULATED JUDGEMENT**
**Case No. 2:14-cv-01031-WBS-EFB**
 **PAGE  PAGE 1**

Ms. Deborah M. Barron, Esquire          (Attorneys for Defendant)
**BARRON LAW CORPORATION**
1900 Point West Way, Suite 202
Sacramento, CA 95815

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 10, 2014, at South Pasadena, California.

Dated: November 10, 2014               *s/Vanessa Ventura*
                                       **VANESSA VENTURA**